UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: **6:26-mj-1735-RMN**

MICHAEL RON DAVID KADAR

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

FINDINGS

An Initial Appearance has been held.   The following facts and circumstances require

the defendant to be detained pending further proceedings.

The defendant makes no application for release at this time.   A motion for
conditions of release and a detention hearing may be filed at a later date.

DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated
representative for confinement in a corrections facility separate, to the extent practicable, from
persons awaiting or serving sentences or being held in custody pending appeal. The defendant
shall be afforded a reasonable opportunity for private consultation with defense counsel.   On
order of a Court of the United States or on request of an attorney for the government, the
person in charge of the corrections facility shall deliver the Defendant to the United States
marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   June 22, 2026

ROBERT M. NORWAY
*United States Magistrate Judge*